Case 5:20-cv-00117-OLG   Document 26   Filed 03/19/21   Page 1 of 2

FILED
March 19, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROOT CAUSES MEDICINE, LLC, A Texas Limited Liability Company and Derek W. Guillory, M.D., P.A. d/b/a Root Causes Medicine, a Texas Professional Association,<br>    *Plaintiffs*,<br><br>*v.*<br><br>VIKKI PETERSEN d/b/a ROOT CAUSE MEDICAL CLINIC AND HEALTHNOW MEDICAL CENTER, INC., A California Corporation,<br>    *Defendants*. | Civil Action No. 5:20-cv-00117-OLG |

## FINAL JUDGMENT

On this day, the Court granted Plaintiffs' Motion for Summary Judgment (docket no. 16). Accordingly, the Court enters the following Final Judgment in accordance with Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that a **DECLARATORY JUDGMENT** be entered in favor of Plaintiffs that "root cause," when used in connection with medical and/or holistic chiropractic services, is merely descriptive without secondary meaning, and therefore unprotectable; that Defendants do not have an exclusive right to use "root cause" in connection with medical and/or holistic chiropractic services; and that Plaintiffs' use of "ROOT CAUSES MEDICINE" does not violate any of Defendants' rights under the laws of the United States or Texas;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' counterclaims are **DISMISSED**.

This case is **CLOSED**.

**SIGNED** this 19th day of March, 2021.

                                            ORLANDO L. GARCIA
                                            Chief United States District Judge